**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| **CHRISTINA GRICE,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| v. | ) **CIVIL ACTION FILE** |
| | ) **NO. 1:22-cv-04055-AT-WEJ** |
| **CIRCLE K STORES INC. and** | ) |
| **GAS EXPRESS LLC d/b/a CIRCLE** | ) |
| **K and ELVIS JONES,** | ) |
| | ) |
| **Defendants.** | ) |

**SETTLEMENT AGREEMENT AND RELEASE**

This settlement agreement (hereinafter referred to as "Agreement") is entered into by and between Christina Grice, on behalf of herself, her heirs, executors, administrators, legal representatives, trustees and assigns (hereinafter referred to as "Grice") and Gas Express LLC. For purposes of this Agreement, "the Released Parties" shall include Elvis Jones, Gas Express LLC, TMC Franchise Corporation, and Circle K Stores, Inc., and all of their respective present, past, and future affiliates, predecessors, heirs, successors, parents, subsidiaries, assigns, insurers, and each and every one of their respective owners, shareholders, servants, officers, directors, employees, agents, principals, relatives, representatives, beneficiaries, alter egos, and attorneys. Throughout this

Agreement, Grice and Gas Express LLC shall collectively be referred to as "the Parties." Gas Express LLC was the employer of the Plaintiff, and Circle K Stores Inc. is the owner of the Circle K trademark. Circle K Stores Inc. contends that it is not a proper party to this litigation. This Agreement shall not in any way be construed as an admission by the Released Parties of any violation of any law or any other liability, including common law liability to Grice.

Whereas, Grice alleges unlawful pay and employment practices in violation of federal law against Gas Express LLC, Circle K Stores, Inc., and Elvis Jones within a lawsuit titled *Christina Grice v. Circle K. Stores Inc., Gas Express LLC d/b/a Circle K and Elvis Jones*, Civil Action No. 1:22-cv-04055-AT-WEJ (N.D. Ga. Atlanta Division), allegations which are denied;

Now wherefore, in consideration of the promises and mutual covenants contained herein, the sufficiency of which is hereby acknowledged, the parties hereto agree as follows:

1) Gas Express LLC agrees to pay Grice a total amount of eight thousand dollars and zero cents ($8,000.00), broken down as follows:

   a. Two thousand seven hundred and fifty dollars and zero cents ($2,750.00) representing unpaid wages. This payment shall be treated as wages with the applicable taxes and legal deductions made;

   b. Two thousand seven hundred and fifty dollars and zero cents ($2,750.00) representing liquidated damages. Grice shall provide the Released Parties with a W-9 form for this payment. No deductions shall be made from this check, and a Form 1099 shall be issued;

   c. Two thousand five hundred dollars and zero cents ($2,500) to her attorney, Arnold J. Lizana III, for attorney's fees and costs. Arnold J. Lizana III shall provide the Released Parties with a W-9 form for this payment.

2) Grice agrees that this is a disputed claim. Grice agrees and acknowledges that, upon approval of this Agreement by a court of competent jurisdiction, she releases and waives any and all claims for unpaid compensation that she actually brought or could have brought in any lawsuit filed against the Released Parties, including those brought in this matter, and including but not limited to claims for unpaid wages under the Fair Labor Standards Act, as well as any other type of wage or payment claim. Further, Grice affirmatively states that she is not aware of, does not have a basis to support, and otherwise releases, any other remaining claims of any type that she currently may have against the Released Parties arising out of her

employment. The Parties agree to file an appropriate motion or pleading with the Court to dismiss Grice's currently pending lawsuit with prejudice.

3) By entering into this Agreement, no Party admits any liability, fault, or wrongdoing.

4) Each Party shall be responsible for payment of their own attorneys' fees and costs, except as provided herein.

5) Grice represents and warrants that she is authorized to enter into this Agreement and that she has the authority to perform the terms of this Agreement. Grice represents and warrants that she has not sold, assigned, transferred, conveyed, or otherwise disposed of all or any portion of the claims released in this Agreement.

6) If any provision of this Agreement or the application thereof to any Party or circumstances shall be determined to be invalid or unenforceable to any extent, the remainder of the Agreement and the application of such provisions to any other Party or circumstances shall not be affected thereby and shall be enforced to the greatest extent permitted by law.

7) This Agreement may be executed in any number of counterparts, each of which shall be deemed to be an original, but all of which together shall constitute one and the same instrument. Facsimile and electronic copies of

the executed Agreement shall have the same force and effect as an original copy.

8) This Agreement is binding on each of the Parties and their respective heirs, successors, and assigns.

9) In the event any party breaches this Agreement, the non-breaching Party shall be entitled to enforce all provisions of this Agreement in court, seeking all remedies available to it both in law and equity. The prevailing Party shall be entitled to recover its attorneys' fees and costs incurred in any proceeding to enforce this Agreement, including all fees and costs through appeals.

10) This Agreement shall be governed by and construed in accordance with the laws of the State of Georgia, without regard to its choice of laws or conflict of laws principles.

11) Except as expressly provided herein, the Parties represent and warrant that in executing this Agreement, they do not rely upon and have not relied upon any oral or written representation, promise, warranty, or understanding made by any of the Parties or their representatives with regard to the subject matter, basis or effect of this Agreement.

12) The Parties acknowledge that each Party has participated in the drafting of this Agreement. No ambiguity shall be construed against any Party based upon a claim that the Party drafted the ambiguous language.

13) The Parties acknowledge and assume the risk that additional or different facts which they believe to exist may now exist or may be discovered after this Agreement has been entered into. The Parties agree that any such additional, different, or contrary facts shall in no way limit, waive, affect or alter this Agreement.

14) Grice acknowledges that she has been advised to and have in fact consulted with attorney Arnold Lizana prior to signing this Agreement.

15) This Agreement is freely and voluntarily entered into by the Parties. The Parties acknowledge that they have read this Agreement and that they understand the words, terms, conditions and legal significance of this Agreement.

Date: ___12/25/2022___    _____
                          Christina Grice

Date: ___12/28/2022___    _____
                          Robert Porter, Representative of Gas Express LLC